

FILED ____ LODGED
____ RECEIVED
OCT 20 2008
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: ~~1391804~~ CR08-5211 |
| Plaintiff, | ORDER ON PETITION FOR DEFERRED PROSECUTION |
| vs. | |
| ALEXANDER PICKETT, | |
| Defendant. | |

THIS MATTER, having come on regularly for hearing before the undersigned judge on the defendant's petition for deferred prosecution, and being fully advised, the Court finds that:

1. The defendant has filed a proper petition for deferred prosecution of the pending charges, including an evaluation and treatment plan by an approved agency.

2. The defendant understands and accepts the plan and agrees to comply with all

ORDER ON PETITION FOR DEFERRED PROSECUTION Page 1

NICHOLAS GEORGE
ATTORNEY AND COUNSELOR AT LAW, P.S., INC.
1919 NORTH PEARL STREET, SUITE A2
TACOMA, WASHINGTON 98406
PHONE (253) 272-7181
FAX (253) 759-3442



ORIGINAL

the terms and conditions thereof.

3. The defendant has knowingly and voluntarily waived speedy trial and jury trial and has stipulated to the admissibility of the facts contained in the police report in any subsequent revocation hearing on this matter.

THEREFORE, IT IS ORDERED that the prosecution of the defendant in this case shall be deferred for seven years on the conditions that the defendant shall:

1. Pay $_____ in costs.

2. Be on probation and comply with such requirements as may be set by the probation department.

3. Complete the two-year _New London Counseling Associates_ alcohol treatment program as recommended in the evaluation, and see that the costs of such treatment are paid.

4. Commit no criminal-traffic or alcohol-related offenses.

5. Consume no alcohol or non-prescription drugs.

6. Not drive without a valid license and liability insurance.

7. Submit to a BAC/UA when directed.

8. Not frequent any bar or tavern.

9. Not commit a criminal law/criminal traffic violation.

10. Not drive a personal vehicle without an ignition interlock.

11. A review hearing shall take place on _____.

12. Provide to the court proof of compliance with the alcohol treatment program as recommended prior to the review hearing.

ORDER ON PETITION FOR DEFERRED PROSECUTION Page

NICHOLAS GEORGE
ATTORNEY AND COUNSELOR AT LAW, P.S., INC.
1919 NORTH PEARL STREET, SUITE A2
TACOMA, WASHINGTON 98406
PHONE (253) 272-7181
FAX (253) 759-3442

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | DONE IN OPEN COURT this 20 day of Oct, 2008. |

_____
JUDGE

Presented by:

_____
NICHOLAS GEORGE WSBA# 20490
Attorney for Defendant

Approved as to form

_____
Fred L Inman WSBA#
~~Assistant Prosecuting Attorney~~
Special Assistant United States Attorney

ORDER ON PETITION FOR DEFERRED PROSECUTION Page

NICHOLAS GEORGE
ATTORNEY AND COUNSELOR AT LAW, P.S., INC.
1919 NORTH PEARL STREET, SUITE A2
TACOMA, WASHINGTON 98406
PHONE (253) 272-7181
FAX (253) 759-3442

17

18

19   I certify that a copy of this signed Order was mailed to the subject treatment facility, on
    October 21, 2008. The United States Probation Office was also furnished a copy
20  of this Order.

21
                                    _____
22                                              Clerk

23

24

25

26

FINDINGS AND ORDER ACCEPTING DEFENDANT                    FEDERAL PUBLIC DEFENDER
FOR DEFERRED PROSECUTION - 8 [2001 version]                    1111 Third Avenue, Suite 1100
                                                                  Seattle, Washington 98101
4